**Nilo Venturillo MARIANO, Petitioner,**

v.

**John ASHCROFT, Attorney General,* Respondent.**

No. 01–70402

INS No. A75–301–217

United States Court of Appeals, Ninth Circuit.

Submitted March 11, 2002.**

Decided March 22, 2002.

Before CANBY, BEEZER, and PAEZ, Circuit Judges.

## MEMORANDUM***

Nilo Venturillo Mariano, a native and citizen of the Philippines, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings based on inef-

** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

fective assistance of counsel. We have jurisdiction pursuant to 8 U.S.C. § 1252(b)(1). We review for abuse of discretion the denial of a motion to reopen. *Sharma v. INS*, 89 F.3d 545, 547 (9th Cir.1996). We conclude that the BIA did not abuse its discretion because Mariano failed to satisfy the requirements of *Matter of Lozada*, 19 I. & N. Dec. 637 (BIA 1988), and because this case does not involve an egregious set of facts. *Cf. Castillo–Perez v. INS*, 212 F.3d 518, 525–26 (9th Cir.2000).

**PETITION DENIED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.